IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 16, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Bettie Hudson

Civil Case: #1:23-cv-01338

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Bettie Hudson, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action No. 1:23-cv-01338 filed on July 31, 2023.

Date: August 22, 2025.

        Respectfully submitted,

        **TAUTFEST BOND, PLLC**
        /s/ Monte Bond
        Monte Bond, (TX Bar 02585625)
        5473 Blair Rd, Suite 2000 Dallas, TX 75231
        Telephone: (214) 617-9980
        Facsimile: (214) 853-4281
        mbond@tbtorts.com
        *Attorneys for Plaintiff*